873 A.2d 1285

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Percy LEE, Appellant.**

**No. 386 CAP.**

Supreme Court of Pennsylvania.

May 16, 2005.

John Charles Dodds, Esq., Aretha Delight Davis, Esq., Patricia Daffodil Tyminski, Esq., Philadelphia, for Percy Lee.

Hugh J. Burns, Esq., Amy Zapp, Esq., Philadelphia, for Commonwealth of Pennsylvania.

BEFORE: CAPPY, C.J., CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and BAER, JJ.

***ORDER***

PER CURIAM.

**AND NOW,** this 16th day of May, 2005, the Petition for Remand is hereby **GRANTED,** and the matter is remanded to the PCRA court to permit appellant to raise, and the PCRA court to rule upon, a claim pursuant to *Roper v. Simmons,* 543 U.S. ——, 125 S.Ct. 1183, 161 L.Ed.2d 1 (2005), without

prejudice for appellant to obtain appellate review of the remainder of his guilt phase claims.